IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEI QUAN ZENG,

    Plaintiff,

v.

MICHAEL CHERTOFF, et al.

    Defendants.

No. C 05-05311 JSW

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

This matter comes before the Court upon consideration of Plaintiff's application to proceed in forma pauperis. Having considered the application, the Court finds good cause to grant the request. Accordingly, IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this Order upon the Defendants.

**IT IS SO ORDERED.**

Dated: January 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE