1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11
   WEI QUAN ZENG,                              )
12                                             )
            Petitioner,                        )   Case No. 05-5311 JSW
13                                             )
         v.                                    )
14                                             )   **STIPULATION TO EXTEND DATES;**
   MICHAEL CHERTOFF, Department of Homeland    )   **and [PROPOSED] ORDER**
15 Security; ALBERTO GONZALES, US Attorney     )
   General; ROBERT DIVINE, US Citizenship and  )
16 Immigration Services; ALFONSO AGUILAR, US   )
   Citizenship and Immigration Services; DAVID )
17 STILL, US Citizenship and Immigration Services, )
   and DOES I - 5,                             )
18                                             )
            Respondents.                       )
19 _____ )

20     Petitioner, by and through his attorneys of record, and respondents, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Petitioner filed this action on or about December 22, 2005. The United States Attorney's

23 Office was not served until March 9, 2006.

24     2. Pursuant to this Court's December 22, 2006 Order Setting Initial Case Management

25 Conference, the parties are required to file a joint case management statement on March 17, 2006,

26 and attend a case management conference on March 24, 2006.

27     3. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case

28

Stip. to Extend Dates
C 05-5311 JSW

management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | May 12, 2006 |
| Last day to file/serve Joint Case Management Statement: | May 26, 2006 |
| Case Management Conference: | June 2, 2006, at 1:30 p.m. |

Date: March 14, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney


                                        /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Respondents




                                        /s/
Date: March 14, 2006                    DIANE LUONG
                                        Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: March 15, 2006
                                        JEFFREY S. WHITE
                                        United States District Judge


Stip. to Extend Dates
C 05-5311 JSW                           2