KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI QUAN ZENG,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, DEPARTMENT OF HOMELAND SECURITY, ALBERTO GONZALES, U.S. ATTORNEY GENERAL; ROBERT DEVINE, US CITIZENSHIP AND IMMIGRATION SERVICES; ALFONSO AGUILAR, US CITIZENSHIP AND IMMIGRATION SERVICES; DAVID STILL, US CITIZENSHIP AND IMMIGRATION SERVICES; DOES 1-5,<br><br>    Respondents. | No. C 05-5311-JSW<br><br>**STIPULATION TO EXTEND THE DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, as follows:

    1. The petitioner filed an application for naturalization with the United States Citizenship and Immigration Services ("USCIS") on June 4, 2003.

    2. The petitioner was interviewed by USCIS on his application for naturalization on January 22, 2004, but the application has not been adjudicated because the FBI is conducting a required

STIPULATION TO EXTEND DATE OF CMC
C 05-5311-JSW                1

1  name check.

2  3.  The USCIS asked the FBI to conduct the required FBI name check on June 13, 2003.

3  4.  On December 22, 2005, the petitioner filed an action under 8 U.S.C. § 1447(b) seeking a
4  hearing on his application for naturalization.

5  5.  The United States Attorney's was not served with the petition until March 9, 2006.

6  6.  On March 15, 2006, this Court signed the parties' stipulation to extend the dates in this
7  case, and a case management conference is currently scheduled for June 2, 2006, at 1:30 p.m.

8  7.  The parties respectfully ask this Court for an approximately 60-day extension of the case
9  management conference in light of the following: (1) the USCIS formally asked the FBI to
10 expedite the processing of its name check of the petitioner on March 13, 2006; (2) the USCIS has
11 agreed to fax a second request this week to the FBI to expedite processing of its name check of the
12 petitioner; (3) the parties are participating in an ADR conference call on May 30, 2006; and (4) the
13 parties believe there is a reasonable chance that this case may be resolved without the need for any
14 litigation of this matter in this Court.

15 8.  The parties would respectfully ask this Court to set a case management conference for
16 August 4, 2006.

STIPULATION TO EXTEND DATE OF CMC
C 05-5311-JSW                                                           2

Date: May 25, 2006                             Respectfully submitted,

                                               KEVIN V. RYAN
                                               United States Attorney


                                                      /s/
                                               EDWARD A. OLSEN[1]
                                               Assistant United States Attorney
                                               Attorneys for Respondents


Date: May 25, 2006                                    /s/
                                               DIANE LUONG
                                               LEGAL ASSISTANCE FOR SENIORS
                                               Attorney for Petitioner


**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.


Date: May 26, 2006                             _____
                                               JEFFREY S. WHITE
                                               United States District Judge

---

[1] I, Edward A. Olsen, attest that both Diane Luong and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DATE OF CMC
C 05-5311-JSW                                  3