| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WEI QUAN ZENG, | ) | |
| | ) | Case No. 05-5311 JSW |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS and** |
| | ) | [~~PROPOSED~~] **ORDER** |
| MICHAEL CHERTOFF, Department of Homeland Security; ALBERTO GONZALES, US Attorney General; ROBERT DIVINE, US Citizenship and Immigration Services; ALFONSO AGUILAR, US Citizenship and Immigration Services; DAVID STILL, US Citizenship and Immigration Services, and DOES 1-5. | ) ) ) ) ) ) ) | |
| Respondents. | ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization, and agree to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C05-5311 JSW                                       1

| | | |
|---|---|---|
| 1 | Date: June 22, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

/s/
Date: June 22, 2006                         DIANE LUONG
                                            Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 23, 2006

_____
JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C05-5311 JSW                    2